## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, NORTHERN DISTRICT

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CAPITAL INVESTORS PROPERTIES ) | |
| GROUP, INC. ) | CASE NO. 11-81868-JAC-11 |
| ) | |
| EIN: 63-1111144 ) | CHAPTER 11 |
| ) | |
| Debtor ) | |

## MOTION TO LIFT AUTOMATIC STAY
## BY FIRST COMMERCIAL BANK

COMES NOW First Commercial Bank, a division of Synovus Bank, a Georgia state chartered bank, as successor of First Commercial Bank of Huntsville, an Alabama state banking corporation ("First Commercial"), the holder of security interests against property of the bankruptcy estate of Capital Investors Properties Group, Inc. ("Debtor"), and respectfully moves the Court pursuant to 11 USC §362(d) to permit repossession and foreclosure of certain property of the estate, and states as grounds as follows:

1. The Debtor filed its Petition for Relief under Chapter 11 of Title 11, United States Code, on May 2, 2011. The Court has jurisdiction under 28 USC §1334. This Motion involves proceedings which are core matters within the meaning of 28 USC §157. Venue is properly laid in this District.

2. Movant is First Commercial, a secured creditor of the Debtor.

3. On or about January 21, 2007, Debtor and its guarantor, Floyd H. Wilson, executed a Forbearance Agreement ("Forbearance") with First Commercial Bank of Huntsville, a copy of which is attached hereto as Exhibit "A."

4. Said Forbearance has been amended on numerous occasions. Said amendments are cumulatively attached as Exhibit "B."

5. The Forbearance is secured by the following:

a. That certain real property described is that certain Real Estate Mortgage dated August 12th, 2002, recorded at Book 3097, Page 1073 in the records of the Probate Judge of Madison County, Alabama, a copy of which is attached hereto as Exhibit "C-1" and Real Estate Mortgage dated July 7, 2003 recorded at Book 3413, Page 1144 in the records of the Probate Judge of Madison County, Alabama, a copy of which is attached hereto as Exhibit "C-2" ("Chateau");

b. That certain real property described is that certain Real Estate Mortgage dated August 6 2002, recorded at Book 3093, Page 617 in the records of the Probate Judge of Madison County, Alabama, a copy of which is attached hereto as Exhibit "D" ("Whitesport");

c. That certain real property described is that certain Real Estate Mortgage dated October 29, 2003, recorded at Book 3532, Page 784 in the records of the Probate Judge of Madison County, Alabama, a copy of which is attached hereto as Exhibit "E" ("Hazel Green");

d. That certain Assignment of Rents and Leases dated August 12, 2002, recorded at Book 3097, Page 1073 in the records of the Probate Judge of Madison County, Alabama, a copy of which is attached hereto as Exhibit "F-1" and that certain Assignment of Rents and Leases dated July 7, 2003, recorded at Book 3414, Page 0001 in the records of the Probate Judge of Madison County, Alabama, a copy of which is attached hereto as Exhibit "F-2" ("Chateau Assignment");

e. That certain Assignment of Rents and Leases dated August 6, 2002, recorded at Book 3093, Page 646 in the records of the Probate Judge of Madison County, Alabama, a copy of which is attached hereto as Exhibit "G" ("Whitesport Assignment"); and

f. That certain Assignment of Rents and Leases dated October 29, 2003, recorded at Book 3532, Page 809 in the records of the Probate Judge of Madison County, Alabama, a copy of which is attached hereto as Exhibit "H" ("Hazel Green Assignment");

hereinafter "Collateral".

6. Rents were intercepted from tenant Crestwood Medical Center on November 24, 2006 by First Commercial on Chateau and Whitesport. A copy of this notice is attached hereto as Exhibit "I". Rents were intercepted from tenant Dr. Laura Lee Adams on January 28, 2011 by First Commercial on Hazel Green. A copy of this notice is attached hereto as Exhibit "J".

7. Debtor has defaulted on the repayment of the indebtedness, and in the failure to pay insurance on the Collateral, taxes on the Collateral, Ground Leases on Whitesport and Hazel Green, as well as other charges. Further, the Forbearance expired December 31, 2010. Finally, the Debtor has committed waste on the property by alienating tenants and sub-tenants, causing certain tenants to vacate the Collateral.

8. First Commercial claims possession of Collateral from Debtor.

9. By the Debtor's execution and delivery of the Forbearance as amended, the Mortgages and the Assignments of Rents described above, First Commercial has a valid, enforceable, first–priority security interests and liens on the Collateral.

10. First Commercial alleges that there is no equity in the property for the benefit of the Estate, and that the Debtor is not capable of reorganization. Further, First Commercial alleges it has not been offered or received adequate protection payments, and that cause otherwise exists to lift the automatic stay in this matter.

**WHEREFORE**, First Commercial respectfully requests this Court to lift the automatic stay to permit its foreclosure on the property of the estate, and to grant such other and further relief as this Court deems just and proper.

/s/ Stuart M. Maples
STUART M. MAPLES

MAPLES & RAY, PC
401 HOLMES AVE., SUITE H
HUNTSVILLE, AL 35801
(256) 489-9779 – TELEPHONE
(256) 489-9720 – FACSIMILE
SMAPLES@MAPLESANDRAY.COM

**CERTIFICATE OF SERVICE**

  I hereby certify that I have sent a copy of the foregoing document to the parties listed below properly addressed either by United States mail or electronic mail on this the 24th day of May, 2011.

Capital Investors Properties Group, Inc.
805 Madison St., Suite A
Huntsville, AL  35801

Robert E. Long, Jr., Esq.
Long & Long
PO Box 135
129 Main St. W
Hartselle, AL  35640

JT Vaughan Testamentary Trust
c/o Rankin Sneed, Esq.
503 Voekel Rd.
Huntsville, AL  35811

All parties requesting notice

All creditors on mailing matrix

                /s/ Stuart M. Maples
                OF COUNSEL